UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDRES ELOY DIAZ FERRER,

       Petitioner,

v.                                                    Case No. 2:26-cv-536-JES-DNF

ACTING DIRECTOR IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

       Respondents.

_____

**ORDER**

This matter comes before the Court on Diaz Ferrer's Emergency Motion for Contempt and Enforcement (Doc. 17). Respondents filed an expedited Opposition (Doc. 19) asking the Court to deny the motion.

The Court issued an Opinion and Order (Doc. 14) granting the Amended Petition for Writ of Habeas Corpus (Doc. 6) and directing respondents to either provide petitioner with statutory process, which includes a merit-based bond hearing, or to release him under reasonable conditions of supervision. Respondents state that a bond hearing took place on March 26, 2026. The attached Order of the Immigration Judge shows that a custody redetermination was

denied because Diaz Ferrer "is an arriving alien and subject to Mandatory Detention as this Court does not have jurisdiction to consider him for bond. Alternatively, the Court denies finding [Diaz Ferrer] is a danger and a risk of flight. The Court also denies as a matter of judicial discretion." (Doc. 17-2.)

While the first basis for denial is insufficient to comply with the Court's Opinion and Order, the alternative reasons for denial are arguably in compliance with the Opinion and Order. The district court lacks subject matter jurisdiction to review the merits of the immigration judge's alternative decision to deny bond. "The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole." 8 U.S.C. § 1226(e). Petitioner's remedy for any alleged error by the immigration judge in the bond denial is to appeal that decision pursuant to the normal appellate procedures, for which there is a government form (Form EOIR-26) available to Petitioner.

Accordingly, it is now

**ORDERED**:

2

The Emergency Motion for Contempt and Enforcement (Doc. 17) is **DENIED.**

**DONE AND ORDERED** in Fort Myers, Florida on March 30, 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

3